**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE IRISH BANK RESOLUTION<br>CORPORATION LIMITED<br>(IN SPECIAL LIQUIDATION),<br>Debtor in a foreign proceeding | Chapter 15<br><br>Case No. 13-12159 (CSS)<br><br><br>**Re: Dkt. No. 187** |

**NOTICE OF APPEAL**

John Flynn Sr., *et. al*., by and through their undersigned counsel, hereby appeal under 28 U.S.C. §§ 158(a) and 158(d)(2), Rules 8001(a) and 8001(f) of the Federal Rules of Bankruptcy Procedure, and Rule 8001-1 of the Local Rules of United States Bankruptcy Court for the District of Delaware from the *Order Granting Recognition of Foreign Main Proceeding and Related Relief* [Docket No. 187] (the "Recognition Order") of the Bankruptcy Judge, entered on December 18, 2013, including, without limitation, any and all judgments, decrees, decisions, rulings, and/or opinions that become part of the Recognition Order and/or upon which the Recognition Order is based.

The names of the parties to the Order appealed from and the names, addresses and telephone number of their respective attorneys are as follows:

## **APPELLANTS, JOHN FLYNN SR.,** *ET. AL.*

THE ROSNER LAW GROUP LLC
Frederick B. Rosner (No. 3995)
Scott J. Leonhardt (No. 4885)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone: 302-319-6301
rosner@teamrosner.com
Leonhardt@teamrosner.com

LEONARD ZACK & ASSOCIATES
Leonard Zack, Esq.
405 Park Avenue
10th Floor
New York, NY 10022
Telephone: 212-754-4050
leonardzack@lzack.com

O'NEILL & COMPANY
Lawrence Daniel O'Neill
240 Central Park South
New York, NY 10019
Telephone:  917-675-4864
Email: doneill@oneill-company.com

## **APPELLEE, THE IRISH BANK RESOLUTION CORPORATION LIMITED (IN SPECIAL LIQUIDATION), DEBTOR IN A FOREIGN PROCEEDING**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Van C. Durrer, II, Esq.
Annie Li, Esq.
300 South Grand Avenue
Suite 3400
Los Angeles, California 90071-3144
Telephone: 213-687-5000
Facsimile: 213-687-5600

LINKLATERS LLP
Martin N. Flics, Esq.
Paul S. Hessler, Esq.
Robert H. Trust, Esq.
Nancy Chu, Esq.
1345 Avenue of the Americas

New York, NY 10105
Telephone: 212-903-9000
Facsimile: 212-903-9100

RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins, Esq.
Jason M. Madron, Esq.
One Rodney Square, 920 North King Street
Wilmington, DE 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701

**OTHER PARTIES WHO OPPOSED THE RECOGNITION ORDER CASTLEWAY PROPERTIES, LLC AND WALNUT-RITTENHOUSE ASSOCIATES, L.P., PROPERTIES**

LAW OFFICES OF DORON A. HENKIN
Doron Henkin
Radnor Financial Center
150 Radnor-Chester Road, Suite F200
Radnor, PA 19087
Telephone: 610-977-2083

GELLERT SCALI BUSENKELL & BROWN, LLC
Charles J. Brown, III, Esq. (cbrown@gsbblaw.com)
913 N. Market Street, 10th Floor
Wilmington, DE 19801
Telephone: 302-425-5813
Facsimile: 302-425-5814


Dated: Wilmington, Delaware
       December 31, 2013

                                                              **THE ROSNER LAW GROUP LLC**

                                                              */s/ Scott J. Leonhardt*
                                                              Frederick B. Rosner (DE #3995)
                                                              Scott J. Leonhardt (DE# 4885)
                                                               824 Market Street, Suite 810
                                                              Wilmington, DE 19801
                                                              Telephone:  (302) 777-1111
                                                              rosner@teamrosner.com


                                                                           -and-

                                                              **LEONARD ZACK & ASSOCIATES**

Leonard Zack, Esq.
Leonard Zack & Associates
405 Park Avenue
10th Floor
New York, NY 10022
(212) 745-4050

*Counsel for John Flynn Sr., et. al.*